E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assista3nt United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
Assistant United States Attorney
        1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3749
        E-mail:    timothy.searight@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-527-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO BILL OF PARTICULARS |
| v. | |
| JESUS FELIX-ALVAREZ, aka Jesus Esteban Felix, Jr., | Hrg:   [None scheduled.] |
| Defendant. | |

The government, by and through its attorney of record, Assistant United States Attorneys Timothy J. Searight, hereby files a response to defendant's request and the Court's order for a bill of particulars.

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
/S/

DATED:  October 22, 2024

_____
TIMOTHY J. SEARIGHT
Assistant United States Attorney

**GOVERNMENT'S RESPONSE RE: BILL OF PARTICULARS**

At a hearing on September 19, 2024, the Court directed the government to provide more information and particularity as to two aspects of the government's case charged in Count Two of the Indictment.  Count Two charges defendant Jesus Felix Alvarez ("defendant") with engaging in a continuing criminal enterprise. First, the Court directed the government to provide further information as to the five or more persons with whom defendant acted in concert in the enterprise and over whom defendant occupied a position of organizer, supervisor and manager.  Second, the government directed the government to identify "substantial income and resources" obtained by defendant through the enterprise.

### A.   Five And More Persons

The government hereby identifies five and more persons over whom defendant directed in a position of organizer, supervisor or manager:

1.   Ismael Ichiro Tomatani Guzman ("Ichiro") – Ichiro is a co-defendant in the case.  Defendant rarely traveled to the United States.  The government submits that Ichiro was defendant's primary distributor and organizer of cocaine in Los Angeles and was seen in Los Angeles on multiple occasions.  In the course of the investigation, Ichiro conducted activities in the United States at the direction of defendant.  In the wiretap intercepts, Ichiro's screen names, or Blackberry messaging names, were "Civic" and "Hummer" and the discovery materials provided to defendant are organized under these names.  Some of the communications between defendant and Ichiro can be found at Bates 1300 et seq., 1450 et seq., and 1621, et seq.  Ichiro pleaded guilty on September 5, 2013,

and the plea agreement in the matter specifies some of the interactions between defendant and Ichiro.

2.    Antonio Akira Tomatani ("Akira") – Akira is the brother of Ichiro, and a co-defendant in the case.  During the investigation, Ichiro observed law enforcement in Los Angeles, and he went to Mexico where he remained for a period of time.  Akira took over many of the drug activities for Ichiro.  In the wiretap intercepts, Akira's screen name was "Civic," and the discovery materials provided to defendant are organized under this name.  They can be found primarily at Bates 6335, et seq.  In messages, Ichiro frequently addresses Akira as "bro," "brother," or some other variant of brother.  In the messages, Ichiro gives direction to Akira after receiving information from defendant.

3.    Rigoberto Ortega – Ortega is the uncle of defendant, and a fugitive co-defendant in the case.  In the wiretap intercepts, Ortega's screen name is "Ext1000."  In the discovery materials, intercepts with between Ortega and defendant can be found at Bates 6430 et seq.  The indictment also describes numerous conversations and activities between defendant and Ortega.

4.    Oscar Palazuelos – In the wiretap intercepts, Palazuelos' screen names are "Cacheton" and "Chopper."  In the discovery materials, intercepts indicate that a function of Palazuelos was to perform quality tests on cocaine.  In Bates materials, Palazuelos can be seen working with Ichiro to examine cocaine at Bates 5462 and 5530.

5.    Ernesto Salcedo – Salcedo was referred to by defendant as "Aldo" and "Ernie."  Salcedo is a co-defendant in the case and

2

pleaded guilty.  Defendant primarily used the Blackberry screennames of "Beast" and "Gladiator."  In Bates 1963, 1965, 2032 and other documents, interactions with defendant and Salcedo can be seen.  In June 2011, after co-defendant Ortega (defendant's uncle) stole drug proceeds from defendant, Salcedo picked up funds from Ortega's son.

6.    Fausto Medina – Medina is a co-defendant in the case and he remains a fugitive. In March 2011, at the direction of defendant, $20,000 in cash was delivered to Medina.  This transaction can be seen at Bates 7900 et seq.

7.    "Chavo" – Chavo ("young man/boy") is an unidentified person who acted as a currency courier between co-defendant Ichiro in the United States and defendant in Mexico.   There are multiple references to Chavo in defendant's message intercepts.  Some of these references are at Bates 1285 (Ichiro tells defendant he is getting the "paper" ready for "Chavo"), Bates 1337 (defendant asking Ichiro if all of them are going to "Chavo"), Bates 1360 (defendant telling Ichiro to watch for "Chavo".)

8.    UM Drug Courier – In the interactions with co-defendant Ortega in April and May 2011, defendant directed an unknown male to deliver drugs to Ortega in Los Angeles.  In the discovery production, some of these interactions are at Bates 8621, 8800, 8887-8912, 9035.

9.    UM Money Courier – In the interactions with co-defendant Ortega and Ortega's son in April and May 2021, defendant directed an unknown male to pick-up drug proceeds from Ortega and Ortega's son in Los Angeles.  In the discovery production, some of these interactions are at Bates 8652, 9083, 9098, 9117-9119.

///

3

**B. Substantial Income and Resources**

There are multiple instances of substantial drug proceeds being provided to defendant and associates:

1. On July 22, 2010, at Bates number 6337, an intercept indicates that co-defendant Ichiro discussed with defendant the receipt of $1,386,000.

2. On August 7, 2010, at Bates number 1321, defendant and co-defendant Ichiro discussed receiving $795,515.

3. On April 19, 2011, at Bates number 8494, co-defendant Krokos told defendant that $408,500 would be dropped off. On April 20, 2011, at Bates number 8621, defendant told co-defendant Ortega that "they will call on behalf of Junior. Give them the 380." On April 20, 2011, at Bates number 8577, defendant told Krokos that a money courier would be checking the funds ("checking the paps").

4. On May 17, 2011, at Bates number 9115, Ichiro told defendant, "I have here 342k." The government believes these were the drug proceeds that were embezzled by co-defendant Ortega.

4