# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 12-527-GW | Date | February 18, 2025 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | NONE |
|---|---|

| Javier Gonzalez | None Present | Timothy J. Searight - not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3. Jesus Felix-Alvarez | not | ✔ | | Richard W. Raynor, CJA | not | ✔ | |

**PROCEEDINGS:**   **IN CHAMBERS - RULING ON DEFENDANT'S EX PARTE APPLICATION FOR APPOINTMENT OF CO-COUNSEL [1105]**

The Court has reviewed Defendant Felix-Alvarez's ex parte application for appointment of second counsel (ECF No. 1105) and the Government's Memorandum in response (ECF No. 1107). The Court would not find that Defendant's case is an extraordinary difficult one where the appointment of a second counsel is necessary in the interests of justice. For example, the primary defendant named in the indictment is John Darrell Krokos; indeed the indictment refers to the criminal enterprise as the "KROKOS Drug Trafficking Organization." *See* Indictment at 4, ECF No. 4. Krokos did not ask for - nor was he provided - a second counsel. While the Defendant's case is somewhat large in scope, it is not so immense or complex as to be beyond the capabilities of an experienced criminal defense counsel such as the one that has been currently appointed to represent him. For the above reasons, the ex parte application is DENIED.

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | JG | |