# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER CR 12 00527 |
| --- | --- |
| v. | **DECLARATION IN SUPPORT OF REQUEST FOR EXTRADITION PURSUANT TO 28 U.S.C. § 1746** |
| **JESUS FELIX-ALVAREZ,** Alias LilM Alias Junior | |

I, ███████████████, make the following declaration, under penalty of perjury:

1.   I reside in the United States of America.

2.   In approximately 2001, I met Jesus Esteban Felix Leon (Felix-Leon) while we were incarcerated in the same penitentiary in the United States. Soon thereafter, I completed my term of incarceration and was deported to Mexico. While there, I contacted Felix-Leon, who had also been released from incarceration and was living in Los Pinos, Mexico. Based on my prior conversations with Felix-Leon, I knew that Felix-Leon was in the business of transporting and selling cocaine. Felix-Leon informed me that he would employ me in his cocaine trafficking business if I returned to the United States and assisted him in California.

3.   Soon after speaking with Felix-Leon, I re-entered the United States and moved to Los Angeles, California. While in Los Angeles, I would speak with Felix-Leon by telephone and receive instructions for transporting cocaine and/or money on his behalf, which I did. Eventually, I purchased approximately five to ten kilograms of cocaine at a time from Felix-Leon, which I would then sell to others. On one later occasion, Felix-Leon called me and told me that he was going to drop a package at my residence; somebody later arrived at my residence and delivered a package containing approximately 200 pounds of

1

Alvarez PT Mx 000143

methamphetamine. I maintained possession of the package as instructed by Felix-Leon until it was picked up a few days later. I also assisted Felix-Leon in acquiring weapons.

4.    In 2005, law enforcement authorities in the United States arrested me with drugs and firearms in my possession that belonged to Felix-Leon. I ultimately served a term in prison based on charges stemming from that arrest. Following my release, I was again removed to Mexico and I moved to Puerto Vallarta. In 2009, I unexpectedly saw Felix-Leon. I apologized to Felix-Leon for the 2005 seizure, and Felix-Leon forgave me and did not require me to repay the value of the seized contraband. Afterward, I spent a great deal of time with Felix-Leon. I knew and spoke with Felix-Leon's son, Jesus Felix-Alvarez (FELIX-ALVAREZ), who lived with Felix-Leon.

5.    While I was in Puerto Vallarta, I met a group of Canadians including Gordan Kendall (Kendall) and Jeff Ivans (Ivans). Kendall and Ivans informed me that they sold cocaine to customers residing in Canada, and that they (Kendall and Ivans) were looking for a cocaine supplier. Following that conversation, I introduced Kendall to Felix-Leon. Kendall and Ivans began to purchase cocaine from Felix-Leon.

6.    Later in 2009, I met an associate of Kendall and Ivans who I know as John Krokos or "JJ" (Krokos). Based on my conversations with Krokos, I knew that he, like Kendall and Ivans, supplied cocaine to Canadian customers. Krokos knew that I had assisted Kendall in purchasing cocaine from Felix-Leon, and Krokos wanted me to assist him (Krokos) in finding a cocaine supplier as well. I therefore introduced Krokos to Felix-Leon, and eventually Krokos also began to purchase cocaine from Felix-Leon.

7.    Based on my interactions with Krokos, I know that he communicated with his suppliers, customers and other associates in his cocaine trafficking organization through the use of

2

Alvarez PT Mx 000144

encrypted BlackBerry devices.  After meeting with Felix-Leon, Krokos supplied Felix-Leon and me with BlackBerry devices to use in communicating with him.  FELIX-ALVAREZ, like his father, had a BlackBerry device in his possession, and assisted Felix-Leon in selling cocaine to customers.

8.     After introducing Krokos to Felix-Leon, Krokos purchased approximately 40 to 60 kilograms of cocaine from Felix-Leon and FELIX-ALVAREZ approximately every two to three weeks.  I assisted Krokos in purchasing cocaine from them.  Specifically, when Krokos wanted to purchase cocaine from them, he contacted me via the BlackBerry device that he provided me, and I in turn contacted Felix-Leon and FELIX-ALVAREZ to set up the cocaine transaction.  Through this arrangement, Felix-Leon and FELIX-ALVAREZ distributed hundreds of kilograms of cocaine in Los Angeles, California, and other cities throughout the United States.  Additionally, on one occasion, based on Felix-Leon's instructions, FELIX-ALVAREZ and I picked up what I understood to be a large quantity of drug proceeds (in United States currency) in Mexico and delivered those funds to Felix-Leon.

9.     Attached to my affidavit and marked as **Attachment E-1** is a photograph of the individual that I recognize and have identified as FELIX-ALVAREZ, with whom I worked to traffic cocaine and to transport drug proceeds and whose activities are described in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 8-5-2022 _____, 2022.

3