# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 12-527-GW | Date | July 3, 2025 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | NONE |
|---|---|

| Javier Gonzalez | Miranda Algorri | Timothy J. Searight; Thomas J. Magana |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3. Jesus Felix-Alvarez | ✔ | ✔ | | Richard W. Raynor | ✔ | ✔ | |

**PROCEEDINGS:**  **DEFENDANT'S MOTION TO DISMISS COUNT TWO OF THE INDICTMENT BECAUSE EXTRADITION ON THAT CHARGE WAS OBTAINED THROUGH THE PRESENTATION OF FALSE AND FRAUDULENT EVIDENCE [1114]; and DEFENDANT'S MOTION TO SUPPRESS WIRETAP EVIDENCE, TO SUPPRESS EVIDENCE PURSUANT TO WARRANTS, REQUEST FOR FRANKS HEARING [1115]**

The Court's Tentative Rulings on Defendant's Motions [1114, 1115], was issued on July 1, 2025 [1126]. Oral argument is held. Based on the Court's Tentative Ruling, and for reasons stated on the record, Defendant's Motion to Dismiss is DENIED with prejudice, and Defendant's Motion to Suppress is DENIED without prejudice.

|  | : | 30 |
|---|---|---|
| Initials of Deputy Clerk | JG | |