TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
Assistant United States Attorney
        1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3749
        E-mail:    timothy.searight@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-527-GW |
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PRE-SENTENCE REPORT AND SENTENCING POSITION |
| v. | |
| JESUS ESTEBAN FELIX, JR., aka Jesus Felix Alvarez, | |
| Defendant. | Hrg:  January 8, 2026; 8:00 a.m. |

The government, by and through its attorney of record, Assistant United States Attorney Timothy J. Searight, hereby files a response to defendant's objections to the Pre-Sentence Report and sentencing

///

///

///

///

///

///

///

///

position in the above-captioned case.  The government's response is based on the Pre-Sentence Report, the files and records of this case, and such argument as is advanced at the sentencing hearing.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER SCHWAB
Acting Chief, Criminal Division

/S/

DATED:   January 6, 2025

TIMOTHY J. SEARIGHT
Assistant United States Attorneys
Attorney for Plaintiff

2

**GOVERNMENT'S RESPONSE TO OBJECTIONS AND SENTENCING POSITION**

In the sentencing document and objections to the Pre-Sentence Report, defendant Jesus Esteban Felix Jr. ("defendant") has asserted that (1) he was directed by his father and intimidated by his father to engage in drug activity; and (2) he did not engage in threats of violence, that it was his father that orchestrated this activity and made the threats.  Defendant's father is now deceased.

The many text messages from defendant, however, indicate otherwise.  What occurred is that, as defendant's father became more and more involved in personal drug and alcohol use, and was no longer dependably working with co-defendants Krokos and Ichiro, defendant took over activities in the drug distribution.  It was defendant who recruited his uncle, co-defendant Ortega into drug distribution, not defendant's father.  At various times, defendant tried to hide his drug activities from his father.  When Ortega attempted to steal money from the group, both defendant and his father kidnapped Ortega and made threats to Ortega, and Ortega's son, wife and children.  In the government's sentencing position paper, the government cited to messages introduced at trial, but there are a variety of other messages in discovery showing the evolving role of defendant in the conspiracy and that are appropriately considered at sentencing.

For example, as to defendant's independent involvement in the activity, the following text message shows how the role began:

> **November 14, 2010 – Defendant to Ichiro**:  "Everything is cool. He wants to go back to work but M [Felix Sr.] doesn't let him go yet.  He says to wait 'til next week, then a week passes then he says something else.  That's what I heard from an uncle.  But I don't know what's going on.  If this keeps going like this, I am going to start working alone.  I mean I know how to do things. *Since June I was the one that was doing everything alone with H.*  But if this keeps going on for the next 2 weeks, I am going to get

my guy and start doing things.  I got people.  But I just want to wait to see what M is thinking.

In this text message, which is early in the wiretap investigation when defendant had recently turned eighteen, defendant's frustration with his father can be seen.  Later on, defendant began to engage in drug activity without his father's knowledge, as the below text message shows:

> **May 5, 2011 – Defendant to Ichiro**: "Ok.  All I want from you is not to tell prof [defendant's father] about this.  And once everything is in order, I am going to pass you cars straight to you."

In this exchange, defendant told Ichiro *not* to tell his father that he was sending cars, presumably laden with cocaine, to Los Angeles.  Ichiro responded to the above text message by stating, "Yeah.  I ain't gonna tell him shit.  No problem."

In defendant's objections to the PSR, he quotes from SA Burkdoll's grand jury testimony that defendant (who is bilingual) acted as a translator for his father and Krokos.  (Def. Obj., p. 6.)  He also asserts that it was defendant's father who recruited Ortega into the conspiracy.  (Def. Obj., p. 2.)  While that was true early on in the investigation, defendant does not cite the following grand jury testimony from SA Burkdoll about activity that occurred as the investigation progressed:

> **SA Burkdoll:**  So after Ichiro identified surveillance for the second time he returned to Mexico.  And during this time, *Felix-Alvarez [defendant] decided to recruit his uncle [Ortega] to take over for Ichiro* with handling some of the affairs in the U.S.  (Bates 38328).

Once Ortega had been recruited into the group, there are numerous texts in which defendant can be seen directing Ortega:

> **April 15, 2011 – Defendant to Ortega:**  "Uncle, you need to open the carbon and look at the stamp.  Each part has a different picture.  Sometimes is the same picture on all of

4

them.  Open it very carefully.  And close it carefully."
(Bates 6617)

Defendant suggests that some of the messages may have been defendant merely translating for his father.  However, the person is addressed as "uncle."  Ortega is defendant's uncle.  To his father, Ortega was a brother-in-law, as Ortega was married to his father's sister.  In the same exchange, defendant told Ortega, "Use surgical gloves so you may not leave fingerprints on it.  For safety."  [Bates 6618.]  Two days later, defendant sent the following text:

**April 17, 2011 — Defendant to Ortega:**  "Ok uncle this what we gonna do.  A guy named ricky is gonna check those parts and see if they good or not.  Don't tell him you're with me, ok?  Tell him that you can't say who you with."

In this text message, defendant was attempting to hide his involvement with his uncle because he did not want his father to know what he was doing.

Lastly, as the PSR noted, in April 2011, defendant wrote in a message to Krokos, "My guys had a meeting with Mr. Big man C and my guys invited me to present me to him so he may know me."  (PSR ¶ 43.) At trial, SA Burkdoll related that this was reference to defendant being introduced to Joaquin "Chapo" Guzman.  These calls demonstrate that defendant was acting independently of his father and was promoting his own position within the group.

Once a search warrant was executed in Los Angeles and 29 kilograms of cocaine were seized at a property associated with Ortega, it was no longer possible for defendant to hide Ortega's involvement in the activity.  When it was discovered that Ortega attempted to steal and hide $342,000, defendant's father became aware of the activity.  Defendant *and* his father became involved in the

5

kidnap and holding for ransom.  There is nothing, however, indicating that defendant was subservient to his father in the crimes, or that it was defendant's father making threats.  The following text messages show defendant's own involvement:

**May 17, 2011 – Krokos and defendant:**

Krokos:  "So whose relation is he?  How is he your uncle?"

Defendant:  "Because his wife is my mom's sister.  But I give a fuck.  *I'll also go for the wife.*"

In this text, defendant both identifies himself vis-à-vis Ortega, and also indicates he is going to threaten Ortega's wife.  The text messages indicate that Ortega was kidnapped on or about May 16, 2011:

**May 16, 2011 – Defendant to Ichiro:** "We telling the uncle we gonna let him go free but its all bull shit.  So he is gonna call the son to give the cash up with no worries that everything is gonna come out alright.  That's what we making the uncle think.  So once your friend receives the cash, let me know so we could keep going with this torture shit.  Should I explain in other words or ???" [Bates 9097.]

Shortly before this, defendant wrote to Krokos, "Right now, I have a plastic garbage bag on his head with weed in it."  (Bates 9089.)  In his objections to the PSR, defendant asks about this text, "Was the marijuana ignited?  Was this meant to simulate suffocation?  It sounds like something an 18 year old who plays video games would say."  (Def. Obj., p. 10.)  Plainly what defendant was stating was that *he* (not his father) had a bag over Ortega's head.  Based on text messages, Ortega's release occurred on June 30, 2011, approximately six weeks after his original kidnapping, and only after the initial $342,000 was returned by Ortega's son, and then a further $60,000 was

extorted shortly before Ortega's release.  Defendant argues that it was his father that extorted the further $60,000.  That may be, but it does not negate defendant's own involvement in the kidnapping and the threats to Ortega and his family.

Defendant suggests there may have been a variety of communications that were not intercepted by the government that might have better explained defendant's relationship with his father and his role in drug trafficking.  As is commonly in the case, there were some messages intercepted, from different sources, that did not directly pertain to the drug activity and the government did not view as relevant to trial.  Some of the messages suggest that violence not unknown to defendant.  In a text on November 19, 2010, when a person stole his mother's cell phone, defendant wrote in a text:

> And also yesterday my mom went to go pick up my sister to school and when she was about to leave some dude told my mom that he could borrow her cell phone because he left his keys in the car and that had to take his daughter home. So my mom let him borrow the phone.  And she was waiting in the car so the guy was making a call and all of a sudden he started walking away and got lost in the crowd. But the stupid ass of the guy left his receipts on top of the hood of the car with the address and name. So right now my 2 guys and the federales that took you guys back to the hotel are on there way to see if that's the guy and if it is there are gonna bring him to the ranch and beat the shit out of that fucker. *I'm going to write #2 with a pocket knife on that fuckers chest* because that gonna be the 2nd fucker that does a stupid shit hahaha lol.  [Bates 2169.]

In 2011, while attempting to locate defendant using Facebook material, the following message was sent by defendant:

> Because my mom was talking to this one bitch on my dads phone and the bitch was saying bad things to my mom threw the phone.. and that pissed me off after my mom told me and when my mom hanged up .. I told my mom do you want me to go pick up the bitch and beat the shit out of her .. and my mom said yes investigate where she lives and everything.. so I investigated and in less than 10 minutes I got info .. and so I went pick her ass up with a gun and I took her to the ranch and right there my girl was

recording and my mom was saying shit to her and *so I grabbed the bitch and threw her to the ground and started cutting all of her hair off and I told the bitch "if you stand I am going put a bullet in your head* lol." [Facebook, p. 334, Sept. 2025 Bates 336.]

In defendant's objections to the PSR, defendant proffered that "Mr. Ortega's now ex-wife and his son are not willing to discuss anything about now-fugitive Mr. Ortega-Guzman or provide any additional information about whether he was physically harmed during his time at Mr. Felix, Sr.'s home from May to June 2011." (Def. Obj., p. 11.) As related at trial, on June 6, 2011, defendant sent a message to Ichiro stating, "I do know that some guys are going from here to there to do some type of mission. And that you were gonna give them some instruments." The government would proffer that this prompted agents to warn Ortega's son and that, when agents spoke with him, he was terrified for the safety of himself and his family.

In this case, defendant was convicted after jury trial of involvement in a drug conspiracy that included, as overt acts, both direction by defendant in the activity and threats in furtherance of the conspiracy. Both the evidence at trial, and other materials produced in discovery, confirm that defendant was involved in threats and violent activity in furtherance of the conspiracy, and that he directed others in drug distribution.